IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JIMMIE EDWARD KEENE,

        Appellant,

 v.                                     Case No.  5D17-1048

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed May 8, 2018

Appeal from the Circuit Court
for Putnam County,
Clyde E. Wolfe, Judge.

Ryan Thomas Truskoski, Special Assistant, and Jeffrey Deen, Office of the Criminal and Civil Regional Counsel, Casselberry, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Nora Hutchinson Hall, Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.  *See McMullen v. State*, 714 So. 2d 368 (Fla. 1998); *Pietri v. State*, 935 So. 2d 85 (Fla. 5th DCA 2006).


SAWAYA, LAMBERT and EISNAUGLE, JJ., concur.